IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM L. OWENS, | No. 2:14-cv-2610-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CALIFORNIA BOARD OF PRISON TERMS, | |
| Respondent. | |

Petitioner, a state prisoner, brought a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2013 decision by the Board of Parole Hearings denying petitioner parole. Petitioner has consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c) and no other party has been served or appeared in the action.

On April 30, 2015, the court issued an order to show cause, within 30 days, why this action should not be summarily dismissed. No response was filed. On June 10, 2015, the court issued an order dismissing this case. On June 22, 2015, petitioner belatedly filed a motion for additional time to respond to the order to show cause.

This action is closed. Final judgment was entered on June 22, 2015. Petitioner's belated request for additional time to respond to the court's order to show cause fails to provide

1

any basis for the court to reopen this case. Petitioner is advised that any other documents filed in this case will be disregarded and no order will issue in response thereto. If petitioner wishes to challenge the court's dismissal of this case, a notice of appeal must be filed in accordance with Federal Rule of Appellate Procedure 4(a).

        IT IS SO ORDERED.

DATED: June 26, 2015

                                    _____
                                    **CRAIG M. KELLISON**
                                    UNITED STATES MAGISTRATE JUDGE